IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLD NATIONAL BANK | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Case No. 1:25-cv-00058 |
| STEPHANIE RAWLINGS-BLAKE A/K/A STEPHANIE C. RAWLINGS | ) ) ) | |
| *Defendant.* | ) ) | |

*****************************************************************************

## NOTICE OF ENTRY OF CONFESSED JUDGMENT

TO STEPHANIE RAWLINGS-BLAKE A/K/A STEPHANIE C. RAWLINGS, DEFENDANT:

You are hereby notified that a judgment by confession has been entered against you in this Court. You have 30 days after service of this notice to file a written motion to open, modify or vacate the judgment. If such a motion is filed, it must be filed in the Office of the Clerk of this Court, 101 W. Lombard Street, Baltimore, Maryland 21201. You are required to serve a copy of such motion upon the attorneys for the plaintiff, Jeffrey S. Greenberg, Esquire, Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, 21st Floor, Baltimore, MD 21201.

| | |
|---|---|
| 1/22/2025 | by: H. Lee |
| Date | Clerk, Catherine M. Stavlas |



cc:
Stephanie Rawlings-Blake a/k/a Stephanie C. Rawlings
2234 Foxbane Square
Baltimore, MD 21209