## RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT
District of Maryland

Case Number: 1:25-CV-00058

Plaintiff:
**Old National Bank**

vs.

Defendant:
**Stephanie Rawlings-Blake**
**a/k/a Stephanie C. Rawlings**

For:
Rosenberg Martin Greenberg, LLP
25 South Charles Street
21st Floor
Baltimore, MD 21201

Received by Rodney Getlan on the 11th day of February, 2025 at 10:43 am to be served on **Stephanie Rawlings - Blake, 2234 Foxbane Square, Baltimore, MD 21209**.

I, Rodney Getlan, do hereby affirm that on the **12th day of February, 2025** at **1:43 pm, I:**

**Individually served Stephanie Rawlings - Blake, the person listed as the intended recipient of the legal documents with the Notice of Entry of Confessed Judgment, Order Directing Entry of Confessed Judgment, Civil Cover Sheet, Complaint for Confessed Judgment, Exhibits, Affidavit in Support of Complaint for Confessed Judgment, Exhibits, Entry of Appearance and Consent to Judgment, Order Directing Entry of Confessed Judgment, at 2234 Foxbane Square, Baltimore, MD 21209.**

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Black, Height: 5'7", Weight: 150, Hair: Dark Brown, Glasses: Y

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

_(signature)_

**Rodney Getlan**
Independent Process Server

**De Novo Attorney Services, Inc.**
**info@denovoattorneyservices.com**
**610 Bosley Avenue, Suite 207**
**Baltimore, MD 21204**
**(800) 846-9696**

Our Job Serial Number: NOV-2025000754
Ref: 13824.2.